```
            IN THE UNITED STATES DISTRICT COURT
               FOR THE DISTRICT OF NEW JERSEY
```

| | |
|---|---|
| STEVEN RAY SHELTON, | HONORABLE JEROME B. SIMANDLE |
| Petitioner, | |
| v. | Civil Action |
| JORDAN HOLLINGSWORTH, | No. 15-1249 (JBS) |
| Respondent. | **ORDER** |

This matter having come before the Court on Petitioner's motions for a default judgment and for sanctions or, in the alternative, to strike portions of Respondent's answer [Docket Items 3 and 6] and on Petitioner's motion for the appointment of pro bono counsel and for an extension of time [Docket Entry 7]; the Court having considered the submissions of the parties; for the reasons explained in the Opinion of today's date; and for good cause shown;

IT IS this __**18th**__ day of __**May**__, **2015,** hereby

ORDERED that Petitioner's motions for default judgment (Docket Entries 3 and 6) are DENIED; and it is further

ORDERED that Petitioner's motion for sanctions (Docket Entry 6) is DENIED; and it is further

ORDERED that Petitioner's motion to strike portions of the answer (Docket Entry 6) is DENIED; and it is further

ORDERED that Petitioner's motion to appoint counsel (Docket Entry 7) is DENIED WITHOUT PREJUDICE; and it is further

ORDERED that the Clerk of the Court shall provide Petitioner with a blank application to proceed *in forma pauperis* in a habeas case; and it is further

ORDERED that Petitioner's motion for an extension of time (Docket Entry 7) is GRANTED. Petitioner shall have thirty (30) days from the date of this Order to submit his response to the answer; and it is finally

ORDERED that the Clerk of the Court shall serve this Opinion and Order upon Petitioner by regular mail.

                                       **s/ Jerome B. Simandle**
                                       JEROME B. SIMANDLE
                                       Chief U.S. District Judge